**A. Lindsay, appellee, v. American Glue Company, appellant. Gen. No. 27,871.**

Action for commissions on the sale of glue. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of facts. Opinion filed January 2, 1923.

Wegg & Wegg and Ernest A. Baughman, for appellant. Joel C. Carlson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**City of Chicago, appellee, v. Madison Sash & Door Company, appellant. Gen. No. 27,882.**

Prosecution for violation of an ordinance concerning licenses for lumber yards. Defendant convicted. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of fact. Opinion filed January 2, 1923.

A. S. and E. W. Froehlich, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**H. B. Van Zwoll for use of Lumbermen's Mutual Casualty Company, plaintiff in error, v. H. Paulman & Company, defendant in error. Gen. No. 27,546.**

Action to recover for two spare tires stolen from plaintiff's automobile while it was in defendant's possession. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of fact and judgment here. Opinion filed January 2, 1923.

Childs, Locke & Van Schaick, for plaintiff in error; Rankin, Lustfield & Landise, of counsel. William A. Jennings, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.